1 STEVEN W. PITE (CA SBN 157537)
  DAVID E. McALLISTER (CA SBN 185831)
2 KATHERINE L. JOHNSON (CA SBN 259854)
  PITE DUNCAN, LLP
3 4375 Jutland Drive, Suite 200
  P.O. Box 17933
4 San Diego, CA 92177
  Telephone: (858)750-7600
5 Facsimile: (619) 590-1385

The following constitutes
the order of the court. Signed November 13, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge
_____

Attorneys for HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF NOMURA HOME EQUITY LOAN, INC., HOME EQUITY LOAN TRUST, SERIES 2007-1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>HERNANDO G. CAAMPUED AND CECILIA CAAMPUED,<br><br><br><br><br><br><br>Debtor(s). | Case No. 09-57427-RLE<br><br>Chapter 7<br><br>R.S. No. KLJ-457<br><br>ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   October 28, 2009<br>TIME:   10:30 AM<br>CTRM:   3099<br><br>Northern District of California - San Jose Division<br>United States Bankruptcy Court<br>280 S 1st St. #3035<br>San Jose, CA 95113-3004 |

The above-captioned matter came on for hearing on October 28, 2009, at 10:30 AM, in Courtroom 3099, upon the Motion of HSBC Bank USA, National Association, as Trustee for the holders of Nomura Home Equity Loan, Inc., Home Equity Loan Trust, Series 2007-1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Hernando G. Caampued and Cecilia Caampued ("Debtors") commonly known as 5499 Indian River Drive Unit #361, Las Vegas, Nevada 89103 (the "Real Property"), which is

- 1 -

1 | legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 32.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 10-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived; and

4. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law.

** END OF ORDER **

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Pite Duncan, LLP |
| | 4375 Jutland Drive, Suite 200 |
| 3 | P.O. Box 17933 |
| | San Diego, CA 92177 |
| 4 | |
| | Hernando G. Caampued |
| 5 | Post Office Box 32086 |
| | San Jose, CA 95152-208 |
| 6 | |
| | Cecilia Caampued |
| 7 | Post Office Box 32086 |
| | San Jose, CA 95152-208 |
| 8 | |
| | Suzanne Decker |
| 9 | 1271 Washington Ave. #318 |
| | San Leandro, CA 94577 |
| 10 | Chapter 7 Trustee |
| 11 | U.S. Trustee |
| | U.S. Federal Bldg. |
| 12 | 280 S 1st St. #268 |
| | San Jose, CA 95113-3004 |
| 13 | |
| | Specialized Loan Serv. |
| 14 | 8742 Lucent Blvd, Suite 300 |
| | Highlands Ranch CO |

- 3 -

Case: 09-57427    Doc# 36    Filed: 11/13/09    Entered: 11/13/09 13:22:08    Page 3 of 3